RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DWANNA YOUNG, Tutrix o/b/o T.Y. | CIVIL ACTION 1:17-CV-01489 |
| VERSUS | JUDGE DRELL |
| UNITED RENTALS, INC., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that JLG's Motion to Dismiss (Doc. 26) is DENIED.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana on this 12th day of FEBRUARY 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE